# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE CERDA,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | No. 2:22-cv-04918 |
| **GERALD MURPHY,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 29th day of July, 2025, upon consideration of Defendant Gerald Murphy's Motion for Summary Judgment (ECF No. 38), and Plaintiff's Response in Opposition, it is hereby **ORDERED** that the Motion is **GRANTED** and Judgment is entered as a matter of law in favor of Defendant for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
_____
**Mitchell S. Goldberg,      J.**